UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

E-IMAGEDATA CORP.,

       Plaintiff,

v.

DIGITAL CHECK CORP.                   Case No. 2:16-cv-576
d/b/a ST IMAGING,

       Defendant.

---

## DEFENDANT'S MOTION TO STAY PENDING *INTER PARTES* REVIEW

Pursuant to the court's inherent power to manage its docket, Defendant Digital Check Corp. d/b/a ST Imaging hereby moves to stay these proceedings pending *inter partes* review of the patents-in-suit: U.S. Patent Nos. 8,537,279, 9,179,019 and 9,197,766.

Dated: November 18, 2016         Respectfully submitted,

DIGITAL CHECK CORP.
d/b/a ST IMAGING,
Defendant/Counterplaintiff

By:      /s/ Jason A. Engel


Jason A. Engel
Bar Number: IL 6274878
Stephen J. O' Neil
Bar Number: IL 3127564
Kacy L. Dicke
Bar Number: IL 6309431
Attorneys for Defendant
K&L Gates LLP
70 W. Madison, Suite 3100
Chicago, Illinois 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jason.engel@klgates.com
stephen.oneil@klgates.com
kacy.dicke@klgates.com